1  JARED G. CHRISTENSEN, ESQ.
   Nevada State Bar No. 11538
2  DELEELA M. WEINERMAN, ESQ.
   Nevada State Bar No. 13985
3  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRVE
4  SUITE 250
   LAS VEGAS, NV 89144
5  TELEPHONE:(702) 258-6665
   FACSIMILE:  (702) 258-6662
6
   Attorneys for Defendant,
7  ALLSTATE INSURANCE COMPANY

8
            IN THE UNITED STATES DISTRICT COURT
9
                    DISTRICT OF NEVADA
10

11
   SCOTT BURTON, individually,              Case No. 2:24-cv-00478-JAD-DJA
12
            Plaintiff,                      **STIPULATION AND ORDER TO
13                                          REMAND TO STATE COURT**
        vs.
14
   WARREN FRANCIS BLUM, JR.,
15 individually; LAUREEN BLUM,              ECF No. 15
   individually; ALLSTATE INSURANCE
16 COMPANY; DOES I through XX and
   ROE BUSINESS ENTITIES I through
17 XX, inclusive,

18          Defendants.

19
       Plaintiff Scott Burton by and through his attorney of record, Nia C. Killebrew, Esq. of Richard Harris Law Firm and Defendant Allstate Insurance Company by and through its attorneys of record, Jared G. Christensen, Esq., and Deleela M. Weinerman, Esq. of the law firm Bremer, Whyte, Brown & O'Meara, LLP, hereby stipulate as follows:

   1. Plaintiff's Complaint was originally filed in the Eighth Judicial District Court for Clark County, State of Nevada on January 17, 2024.
   2. Defendant removed this matter on March 11, 2024.
   3. Plaintiff filed a Motion to Remand on March 27, 2024.

1498.228  4871-5036-8183.1

4. Defendant Allstate Insurance Company filed its Oppositon on April 1, 2024.

5. Plaintiff filed his reply on April 8, 2024.

6. Based upon the representations of counsel for the Blums, the parties hereby stipulate and agreed to remand this matter to the Eighth Juicial District Court for Clark County, State of Nevada and that the hearing currently scheduled for May 8, 2024, be vacated.

| DATED this 17th day of April 2024 | DATED this 17th day of April 2024 |
|---|---|
| **BREMER WHYTE BROWN & O'MEARA LLP** | **RICHARD HARRIS LAW FIRM** |
| /s/ Deleela M. Weinerman | /s/ Nia C. Killebrew |
| Jared G. Christensen, Esq.<br>Nevada State Bar No. 11538<br>Deleela M. Weinerman, Esq.<br>Nevada State Bar No. 13985<br>*Attorneys for Defendant,*<br>*Allstate Insurance Company* | Nia C. Killebrew, Esq.<br>Nevada State Bar No. 4553<br>*Attorney for Plaintiff,*<br>*Scott Burton* |

## ORDER

Based on the parties' stipulation [ECF No. 15] and because it appears that this court lacks jurisdiction over this case, IT IS ORDERED that the Clerk of Court is directed to **REMAND THIS CASE** back to the Eighth Judicial District Court for Clark County, Nevada, Case No. A-24-885305-C, Department 18; **SEND the state court a copy of this remand order, along with the docket sheet** for this case; and **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
April 19, 2024

1498.228 4871-5036-8183.1